UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAY 20 2020
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. **4:20CR00247 AGF/DDN** |
| ANDRE WHITFIELD, and CHERRI BARTON, | ) |
| Defendants. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about April 21, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**ANDRE WHITFIELD, and**

**CHERRI BARTON,**

the Defendants herein, aiding and abetting each other, with intent to cause death and serious bodily harm, took from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2004 Pontiac Grand Prix, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, and punishable under Title 18, United States Code, Section 2119(1).

### COUNT TWO

The Grand Jury further charges that:

On or about April 21, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**ANDRE WHITFIELD,**

the Defendant herein, knowingly possessed and brandished a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, armed carjacking as charged in Count One.

In violation of Title 18, United States Code, Sections 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT THREE

The Grand Jury further charges that:

On or about May 13, 2020, in St. Louis County, within the Eastern District of Missouri,

**ANDRE WHITFIELD, and**
**CHERRI BARTON,**

the Defendants herein, aiding and abetting each other, with intent to cause death and serious bodily harm, took from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2010 Toyota Corolla, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, and punishable under Title 18, United States Code, Section 2119(1).

## COUNT FOUR

The Grand Jury further charges that:

On or about May 13, 2020, in St. Louis County, within the Eastern District of Missouri,

**ANDRE WHITFIELD, and**
**CHERRI BARTON,**

the Defendants herein, aiding and abetting each other, knowingly possessed and brandished a firearm in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, armed carjacking as charged in Count Three.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT FIVE

The Grand Jury further charges that:

On or about May 13, 2020, in St. Louis County, within the Eastern District of Missouri,

**ANDRE WHITFIELD, and**

**CHERRI BARTON,**

the Defendants herein, aiding and abetting each other, knowingly possessed one or more firearms, knowing they had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and each firearm previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1) and 2, and punishable under Title 18, United State Code, Section 924(a)(2) .

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
CASSANDRA J. WIEMKEN, #91586KY
Assistant United States Attorney